UNITED STATES
BANKRUPTCY COURT
2010 FEB 16 PM 4: 18
DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone:  (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

In re:

**Perry-Hull Enterprises Inc.**

Tax ID # 87-0636367

Debtor(s)

Case No.  05-24793 WTT
Chapter 7

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned

bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of

payment of small dividends in to the United States Bankruptcy Court registry and represents to the

Court that:

1.      On February 11, 2010, the Court approved the trustee's final report and proposed

distribution.

2.      Pursuant to the proposed distribution, the following are the unsecured creditors

having dividends less than $5.00:



| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|-----------|-----------------|--------------------|------------------|
| 19A. | Internal Revenue Service | Attn: Special Proc.<br>M.S. 5021<br>50 South 200 East<br>SLC, UT 84111 | $1.06 |

3.    These funds are on deposit in Bank of America, account number 4429199035.

4.    A check in the amount of One Dollar and Six Cents ($1.06), representing said funds

has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** this 16th day of February, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>
> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT  84111
>
> Perry-Hull Enterprises Inc.
> 4543 South Sunset Circle
> Bountiful, UT 84010
>
> David L. Miller
> 849 West Hill Field Road
> Barnes Bank Building
> Suite 202
> Layton, UT 84041

Date: 02/16/10                                                                                                  Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 05-24793 - Perry-Hull Enterprises, Inc.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Internal Revenue Service**<br>**Attention: Special Procedures, M.S. 5021**<br>**50 South 200 East**<br>**SLC, UT 84111** | **000019A** | **81.42** | **1.06** |
| ----------- Remittance Total --------------- | | **81.42** | **1.06** |

Elizabeth R. Loveridge, Trustee