Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Perry-Hull Enterprises Inc.** | Bankruptcy No. 05-24793 WTT |
| Tax ID #  87-0636367 | |
| Debtor(s). | |

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on February 16, 2010, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1018 in the amount of $28.36 was sent to GCS Services, Inc., at the address on file with the Court. The check has not been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on October 27, 2010.

DATED October 27, 2010



Elizabeth Rose Loveridge
Chapter 7 Trustee


T\PerryHullUnclaimedFunds.10.27.2010

1



## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT  84111
>
>Perry-Hull Enterprises Inc.
>4543 South Sunset Circle
>Bountiful, UT 84010
>
>David L. Miller
>849 West Hill Field Road
>Barnes Bank Bldg., Suite 202
>Layton, UT  84041

*[Signature]*